UNITED STATE DISTRICT COURT  RECEIVED
DISTRICT OF NEW JERSEY

APR 2 1 200?

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

UNITED STATES OF AMERICA              ORDER FOR RETURN OF
                                      DEPOSIT OF BAIL

VS

                                      RECOG# NEW 1410
MIGUEL FAMILIA                        07-MG-6044-01


It appearing to the Court that the above-named defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of, FIFTEEN THOUSAND DOLLARS, ($15,000.00), was deposited in the registry of this Court as security for the said recognizance, and it further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record, it is on this /8th day of APRIL, 2008.

Ordered that the sum of FIFTEEN THOUSAND DOLLARS , ($15,000.00), be paid to EVELYN ESPAILLAT MELENDEZ, 01350 SUGARBERRY CT., RALEIGH, N.C. 27614.


GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT